FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 1 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) CRIMINAL NO. 15-2843 MCA<br>) |
| vs. | ) Counts 1 and 2: 18 U.S.C. § 1159:<br>) Misrepresentation of Indian Produced |
| **STANLEY NATCHEZ,** | ) Goods and Products.<br>) |
| Defendant. | )<br>) |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about December 11, 2014, in Santa Fe County, in the District of New Mexico, the defendant, **STANLEY NATCHEZ**, unlawfully, and knowingly offered to sell and displayed for sale goods that falsely suggested the goods were Indian produced, Indian products, the product of a particular Indian tribe and the product of an Indian arts and crafts organization, resident within the United States, specifically several paintings were displayed and offered for sale by **STANLEY NATCHEZ** at his art gallery, for a total price in excess of $1,000 and were falsely marketed as Indian produced, Indian products, the product of a particular Indian tribe and the product of an Indian arts and crafts organization, in that **STANLEY NATCHEZ,** the artist, is not an enrolled member of an recognized Indian tribe and is not a certified Indian artisan and member of an Indian arts and crafts organization, as those terms are defined in Title 18, United States Code Section 1159(c)(1), (3) and (4).

1

In violation of 18 U.S.C. § 1159(a).

### Count 2

On or about March 6, 2015, in Santa Fe County, in the District of New Mexico, the defendant, **STANLEY NATCHEZ**, unlawfully, and knowingly offered to sell and displayed for sale goods that falsely suggested the goods were Indian produced, Indian products, the product of a particular Indian tribe and the product of an Indian arts and crafts organization, resident within the United States, specifically several paintings were displayed and offered for sale by **STANLEY NATCHEZ** at his art gallery, for a total price in excess of $1,000 and were falsely marketed as Indian produced, Indian products, the product of a particular Indian tribe and the product of an Indian arts and crafts organization, in that **STANLEY NATCHEZ**, the artist, is not an enrolled member of an recognized Indian tribe and is not a certified Indian artisan and member of a Indian arts and crafts organization, as those terms are defined in Title 18, United States Code Section 1159(c)(1), (3) and (4).

In violation of 18 U.S.C. § 1159(a).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
KAB 08/10/15 2:07PM